**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02082-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2506 LAKE AVENUE, PUEBLO, COLORADO,
810 EAST 5TH STREET, PUEBLO, COLORADO,
1015 DAMSON STREET, PUEBLO, COLORADO,
3521 LARCH PLACE, PUEBLO, COLORADO,
1904 EAST 16TH STREET, PUEBLO, COLORADO,
1920 EAST 5TH STREET, PUEBLO, COLORADO,
1616 EAST 7TH STREET, PUEBLO, COLORADO,
1613 WEST 18TH STREET, PUEBLO, COLORADO,
2006 YAMAHA YZF-R6,
2006 BMW 330xi,
2006 HUMMER H2, and
2008 GMC SIERRA 1500,

    Defendants.

## ORDER DISMISSING DEFENDANTS 1920 EAST 5TH STREET AND 1904 EAST 16TH STREET

This matter is before the Court on the United States' Motion to Dismiss Defendants 1920 East 5th Street, Pueblo, Colorado, and 1904 East 16th Street, Pueblo, Colorado (Doc. # 47). The Court, having read said motion and being fully advised in the premises, FINDS:

THAT the United States has commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT the United States has no further claim against defendants 1920 East 5th Street, Pueblo, Colorado, and 1904 East 16th Street, Pueblo, Colorado;

THAT, based upon the facts and verification set forth in the Amended Verified Complaint, it appears there was reasonable cause for filing of the Amended Verified Complaint for Forfeiture; and

THAT the dismissal of Defendant Properties 1920 East 5th Street, Pueblo, Colorado, and 1904 East 16th Street, Pueblo, Colorado, does not affect any of the other Defendant Properties in this action.

NOW THEREFORE, IT IS ORDERED that Defendant Properties 1920 East 5th Street, Pueblo, Colorado, and 1904 East 16th Street, Pueblo, Colorado, are DISMISSED from this forfeiture action, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of 1920 East 5th Street, Pueblo, Colorado, and 1904 East 16th Street, Pueblo, Colorado, as Defendant Properties in this case.

SO ORDERED this __20th__ day of January, 2012.

                                    BY THE COURT:

                                    *Christine M Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge