**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02082-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2506 LAKE AVENUE, PUEBLO, COLORADO,
810 EAST 5TH STREET, PUEBLO, COLORADO,
1015 DAMSON STREET, PUEBLO, COLORADO,
3521 LARCH PLACE, PUEBLO, COLORADO,
1616 EAST 7TH STREET, PUEBLO, COLORADO,
1613 WEST 18TH STREET, PUEBLO, COLORADO,
2006 YAMAHA YZF-R6,
2006 BMW 330xi,
2006 HUMMER H2, and
2008 GMC SIERRA 1500,

    Defendants.

---

**DEFAULT AND FINAL ORDER OF FORFEITURE OF CERTAIN DEFENDANTS**

---

This matter is before the Court on the United States' Motion for Default and Final Order of Forfeiture as to Defendant Properties 2506 Lake Avenue, Pueblo, Colorado, 1015 Damson Street, Pueblo, Colorado, 2006 Yamaha YZF-R6, 2006 BMW 330xi, 2006 Hummer H2, and 2008 GMC Sierra 1500 (Doc. # 48).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT, after notice, no parties have filed a Claim or Answer as to defendants 2506 Lake Avenue, Pueblo, Colorado, 1015 Damson Street, Pueblo, Colorado, 2006 Yamaha YZF-R6, 2006 BMW 330xi, 2006 Hummer H2, and 2008 GMC Sierra 1500 as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on January 6, 2012 (Doc. # 46);

THAT, based upon the facts and verification set forth in the Amended Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant property, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Amended Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to Defendant Properties 2506 Lake Avenue, Pueblo, Colorado, 1015 Damson Street, Pueblo, Colorado, 2006 Yamaha YZF-R6, 2006 BMW 330xi, 2006 Hummer H2, and 2008 GMC Sierra 1500;

THAT the Clerk of Court shall be directed to enter Judgment as to the Defendant Properties described above;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of the following Defendant Properties:

a. 2506 Lake Avenue, Pueblo, Colorado, 2506 Lake Avenue, Pueblo, Colorado 81004, more particularly described as follows: Lots 3-8, Block 24, East Lake Subdivision, and the West 60 feet of Lots 27 & 28, Block 24, East Lake Subdivision (Parcel Number 1513251011), Pueblo County, State of Colorado;

b. 1015 Damson Street, Pueblo, Colorado, more particularly described as follows: Lots 21 and 22, Block 36, Mattice and Gibson's Addition (Parcel Number 431416011), County of Pueblo, State of Colorado;

c. 2006 Yamaha YZF-R6, VIN JYARJ12E36A007977;

d. 2006 BMW 330xi, VIN WBAVD33546KV62724;

e. Hummer H2, VIN 5GRGN22U36H110402; and

f. 2008 GMC Sierra 1500, VIN 3GTEC13C28G293612;

including all right, title, and interest, is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to the Defendant Properties described above and may dispose of said properties in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant Properties under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to Defendant Properties 2506 Lake Avenue, Pueblo, Colorado, 1015 Damson Street, Pueblo, Colorado, 2006 Yamaha YZF-R6, 2006 BMW 330xi, 2006 Hummer H2, and 2008 GMC Sierra 1500.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of 2506 Lake Avenue, Pueblo, Colorado, 1015 Damson Street, Pueblo, Colorado, 2006 Yamaha YZF-R6, 2006 BMW 330xi, 2006 Hummer H2, and 2008 GMC Sierra 1500 as Defendant Properties in this case.

SO ORDERED this __20th__ day of January, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge