IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02082-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

810 EAST 5TH STREET PUEBLO, COLORADO,
3521 LARCH PLACE, PUEBLO, COLORADO,
1616 EAST 7TH STREET, PUEBLO, COLORADO, and
1613 WEST 18TH STREET, PUEBLO, COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2012.**

      Before the Court are various letters from the Claimants in this case construed by the Court as a Motion for Release of Property (3521 Larch Place) [filed February 13, 2012; docket #56], a Motion for Release of Property (2506 Lake Avenue) [filed February 13, 2012; docket #57], a Motion for Release of Property (810 E. 5th Street) [filed February 13, 2012; docket #58], a Motion for Release of Property (1613 W. 18th Street) [filed February 14, 2012; docket #60], and a Motion for Release of Property (1616 E. 7th Street) [filed February 14, 2012; docket #61]. The motions are **denied without prejudice** for failure to comply with the applicable procedure set forth in 18 U.S.C. § 983(f). There is no indication that the Claimants have followed the procedure described in 18 U.S.C. § 983(f)(1) or (f)(2), and the motions herein fail to set forth the required information described in 18 U.S.C. § 983(f)(3).