**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02082-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

810 EAST 5TH STREET, PUEBLO, COLORADO,
3521 LARCH PLACE, PUEBLO, COLORADO,
1616 EAST 7TH STREET, PUEBLO, COLORADO, and
1613 WEST 18TH STREET, PUEBLO, COLORADO,

    Defendants.

---

**ORDER VACATING THE DEFAULT AND FINAL ORDER OF FORFEITURE AS TO
2506 EAST LAKE AVENUE, PUEBLO, COLORADO AND DISMISSING 2506 EAST
LAKE AVENUE, PUEBLO, COLORADO**

---

    This matter is before the Court on the United States' Motion to Vacate Default and Final Order of Forfeiture as to 2506 East Lake Avenue and Dismiss Defendant 2506 East Lake Avenue, Pueblo, Colorado (Doc. # 66). The Court having reviewed said Motion FINDS as follows:

    THAT for good cause shown, the Final Order of Forfeiture as to Defendant 2506 East Lake Avenue, Pueblo, Colorado entered on January 20, 2012 shall be VACATED and this action against 2506 East Lake Avenue is DISMISSED.

    DATED:  March __13__, 2012

                                               BY THE COURT:

                                               *Christine M Arguello*
                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge