**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02082-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

810 EAST 5TH STREET, PUEBLO, COLORADO,
3521 LARCH PLACE, PUEBLO, COLORADO,
1616 EAST 7TH STREET, PUEBLO, COLORADO, and
1613 WEST 18TH STREET, PUEBLO, COLORADO,

      Defendants.

---

**FINAL ORDER OF FORFEITURE**

---

This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 67). The Court having reviewed said Motion FINDS as follows:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT Claimants Marisela Estrada, Denis Caro Estrada, Maria De Jesus Perez Santillan, and Lorena Luna Gurrola have filed Claims and Answers to the Verified Complaint;

THAT the United States and Claimants have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the Defendant Property have been filed;

THAT Claimants and the United States agree as follows:

a. Claimants Marisela Estrada and Dennis Caro Estrada agree to forfeit to the United States all right, title, and interest to Defendant 1613 West 18th Street, Pueblo, Colorado;

b. The United States agrees to release all its claims against Defendant 1616 East 7th Street, Pueblo, Colorado;

c. Claimants Maria De Jesus Perez Santillan and Lorena Luna Gurrola agree to forfeit to the United States all right, title, and interest to Defendants 810 East 5th Street and 3521 Larch Place, Pueblo, Colorado; and

d. The United States agrees to dismiss all claims against Defendant 2506 Lake Avenue, Pueblo, Colorado, and on February 28, 2012 filed its Motion to Vacate Default and Final Order of Forfeiture as to 2506 Lake Avenue and Dismiss 2506 Lake Avenue (Doc. # 66).

THAT the facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a judgment and order of forfeiture of Defendant Properties under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law as follows:

1. 810 East 5th Street, Pueblo, Colorado, more particularly described as: Lot 6, Block 45, East Pueblo Subdivision (Parcel Number 431117006), County of Pueblo, State of Colorado;

2. 3521 Larch Place, Pueblo, Colorado, more particularly described as: Lot 39, Block 1, Briarwood Subdivision, Third Filing (Parcel number 1510418024), County of Pueblo, State of Colorado; and

3. 1613 W. 18th Street, Pueblo, Colorado, more particularly described as: Lots 33, 34, and the West half of Lot 35, Block 14, Irving Place Addition (Parcel Number 526114021), County of Pueblo, State of Colorado.

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendants pursuant to 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

SO ORDERED this   13th   day of March, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
U.S. District Court Judge